CALVIN JAMES
vs.
DEPT. OF EDUCATION

Case: 1:22–cv–01018
Assigned To : Unassigned
Assign. Date : 3/31/2022
Description: Pro Se Gen. Civ. (F–DECK)

"COMPLAINT"

I.) HAVE YOU BEGUN ANY CLAIMS WITH THE SAME FACTS? NO

II.) Facts OF CLAIM

THE COVID-19 RELIEF BILL STATED THAT INMATES WERE NOW ELIGIBLE TO GET FINANCIAL AID THROUGH FAFSA (VIA. DEPT. OF EDU.) TO ENROLL IN CONTINUING EDUCATION COURSES.
TO DATE 8/26/2022 SINCE BILLS' ENACTMENT DEPT. OF EDUCATION HAS FAILED TO RELEASE FUNDS OR SPECIFY ANY VALID REASON FOR THEIR DELAY.
All COVID-19 RELIEF EFFORTS HAVE BEEN MADE WITH THE EXCLUSION OF FIN. AID FOR INMATES.
COLLEGES ARE READY TO COMPLY WITH INMATE CORRESPONDENCE COURSES BUT DUE TO THIS HINDRANCE CLAIM THEY ARE UNABLE TO MOVE FOWARD UNLESS INDIVIDUALS CAN AFFORD TO PAY OUT OF POCKET FOR TUITION OTHER FEES.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 31 2022

RECEIVED

III.) PARTIES TO CLAIM

A.) PLAINTIFF: CALVIN JAMES #22715-021
ADDRESS: COLEMAN USP-1
        P.O. BOX 1033
        COLEMAN, FLORIDA 33521

B.) DEFENDANT: DEPT. OF EDUCATION
ADDRESS: 830 FIRST STREET, N.E
        WASHINGTON, D.C. 20202

IV.) RELIEF

DISPURSE FUNDS «FINANCIAL AID» FOR INMATES/
INCARCERATED INDIVIDUALS TO ENROLL IN
COLLEGE/CONTINUING EDUCATION COURSES.

Signed,
CALVIN JAMES
3/26/2022

CALVIN JAMES #22715-021
FEDERAL CORRECTIONAL COMPLEX COLEMAN USP-1
P.O. BOX 1033
COLEMAN, FLORIDA 33521

TAMPA FL 335
SAINT PETERSBURG FL
28 MAR 2022 PM 7  L

FOREVER / US


"LEGAL"

U.S. DISTRICT COURT
E. BARRETT PRETTYMAN COURTHOUSE
OFFICE OF THE CLERK
333 CONSTITUTION AVENUE
ROOM #5523
WASHINGTON, D.C 20001

20001-284439