CASE # _____

Case: 1:22–cv–01018
Assigned To : Unassigned
Assign. Date : 3/31/2022
Description: Pro Se Gen. Civ. (F–DECK)

MOTION TO PROCEED "IN FORMA PAUPERIS"
   MOTION TO PROCEED "IFP"

I, CALVIN JAMES, THE UNDERSIGNED STATE AS FOLLOWS;

1) I AM THE PETITIONER IN THIS CASE AND RESPONSIBLE FOR FEES AND COSTS.

2) MY TOTAL MONTHLY INCOME IS $0

3) I DO NOT OWN ANY ASSETS, STOCKS, BONDS, OR OTHER VALUABLE PROPERTY.

4) I STATE AND BELIEVE I HAVE A MERITORIOUS CLAIM AND DESIRE TO PROCEED "IN FORMA PAUPERIS"!

Signed/ [signature]
CALVIN JAMES
DEC 2, 2021